In re: Craig W. BARNETT, Karen R.
Reisner, and Mark Braunstein.

Nos. 2007–1047, 2007–1075, 2007–1076.

United States Court of Appeals,
Federal Circuit.

Oct. 11, 2007.

Kevin T. Kramer, Pillsbury Winthrop Shaw Pittman LLP, of Washington, DC, argued for appellants. With him on the brief were James G. Gatto, Scott J. Piv-nick, and Robert M. Fuhrer, of McLean, VA.

Thomas L. Stoll, Associate Solicitor, Solicitor's Office, United States Patent and Trademark Office, of Arlington, VA, argued for appellee. With him on the brief were Stephen Walsh, Acting Solicitor, and Janet A. Gongola, Associate Solicitor.

Before SCHALL, BRYSON, and MOORE, Circuit Judges.

### Judgment

PER CURIAM.

*This CAUSE having been heard and considered, it is*

*ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.